## ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's order is **VACATED,** and the matter is **REMANDED** for reconsideration in light of *Taylor v. Extendicare Health Facilities, Inc.,* 637 Pa. 163, 147 A.3d 490 (2016).

160 A.3d 797

**Susan J. COSGROVE and Howard G. Eshleman, as Co-executors of the Estate of Irene M. Eshleman, Respondents**

v.

**MANOR CARE OF LANCASTER, PA, LLC d/b/a Manorcare Health Services–Lancaster, HCR Manor Care, Inc., Manorcare Health Services, Inc., and Manor Care, Inc., Petitioners**

No. 549 MAL 2015

Supreme Court of Pennsylvania.

DECIDED: November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED**, and the matter is **REMANDED** for reconsideration in light of *Taylor v. Extendicare Health Facilities, Inc.*, 637 Pa. 163, 147 A.3d 490 (2016).

160 A.3d 797

**Brandon HETRICK, Executor of the Estate of: William Washington, Deceased, Respondent**

v.

**MANORCARE OF CARLISLE PA, LLC d/b/a Manorcare Health Services, Carlisle, and HCR Manorcare, Inc., and Manorcare, Inc., and HCR Healthcare, LLC, and HCR II Healthcare, LLC, and HCR III Healthcare, LLC, and HCR IV Healthcare, LLC, Petitioners**

**No. 506 MAL 2015**

Supreme Court of Pennsylvania.

DECIDED: November 15, 2016

## ORDER

PER CURIAM

**AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and this matter is **REMAND-**